UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ELIAS PHOTOGRAPHY, LLC an Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.:  3:20-cv-00992-BEN-LL<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**[Doc. 7]** |

The Parties jointly move to extend the time for Defendant JetBlue Airways Corporation to respond to the Complaint filed on May 29, 2020.  This is the Parties second motion for extension of time to respond.  In support, the parties indicate they need additional time to continue their discussions regarding a possible resolution of this action.  The joint motion is hereby **GRANTED**.  No further extensions of time to respond shall be granted by the Court.  Defendant JetBlue Airways Corporation shall respond to the Complaint on or before **July 23, 2020.**

**IT IS SO ORDERED.**

Date: July 10, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge

1

3:20-cv-00992-BEN-LL