UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ELIAS PHOTOGRAPHY, LLC an Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: 3:20-cv-00992-BEN-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DENYING MOTION TO EXTEND TIME FOR ANSWER AS MOOT**<br><br>**[ECF Nos. 9, 11]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties move to dismiss this action with prejudice as to all parties. ECF No. 11. The motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees. The parties Joint Motion for Extension of Time to File Answer (ECF NO. 9) is **DENIED as moot.**

**IT IS SO ORDERED.**

Date: September 3, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge